# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JOHN PISKANIN,** | : | CIVIL ACTION NO. 1:10-CV-2143 |
| **Plaintiff,** | : | (Judge Conner) |
| v. | : | |
| **JAMES B. MARTIN**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 17th day of November, 2010, upon consideration of plaintiff's motion for recusal (Doc. 10), and it appearing that, on November 3, 2010, this matter was dismissed without prejudice, pursuant to 28 U.S.C. § 1915(g) (Doc. 9), it is hereby ORDERED that the motion is DENIED.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge